UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, </br></br> Plaintiff, </br></br> v. </br></br> BUREAU OF LAND MANAGEMENT, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 23-1286 (TJK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: April 11, 2024

*/s/Maya L. Kane*
Maya L. Kane
D.D.C. Bar No. CO00089
SOUTHWEST WATER AND PROPERTY LAW LLC
10 Town Square No. 422
Durango, CO 81301
(970) 426-5480
mkane@swpropertylaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*